UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>ALI MOHAMMAD ADI,<br><br>                    Defendant. | 25 Mag. 2674 / 25 Cr. _____ (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On **December 11, 2025** at **11:45 a.m.**, a plea proceeding for Defendant Ali Mohammad

Adi will be held in Courtroom 12B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street,

New York, New York 10007.

SO ORDERED.

Dated: December 2, 2025
      New York, New York

                                                      JENNIFER H. REARDEN
                                                 United States District Judge